# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| Winstar Communications, LLC | Case No. 08-46694-TJT<br>Chapter 7<br>Hon. THOMAS J. TUCKER |
| Debtor(s) / | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $3.94 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| State of New Jersey Board of Public Ut<br>Bureau of Financial Management<br>PO Box 350<br>Trenton, NJ 08625-0350 | 107 | $0.32 |
| Arizona Public Service Co.<br>PO Box 53933<br>Mail Station 3209<br>Phoenix, AR 85072-3933 | 134 | $3.62 |
| | | **Total: $3.94** |

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 02/22/2011