# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **In The Matter Of:** | **In Bankruptcy:** |
| Winstar Communications, LLC | Case No. 08-46694-TJT |
| | Chapter 7 |
| | Hon. THOMAS J. TUCKER |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $122.31 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| State of New Jersey Board of Public Bureau of Financial Management PO Box 350 Trenton, NJ 08625-0350 | 100a | $8.41 |
| Lexington Charles L.P. c/o Stratford Realty Management 201 North Charles St Ste 1650 Baltimore, MD 21201 | 164 | $91.45 |
| Lackland Business Park Deniel Kielczewski 300 River Place, Ste 3000 Detroit, MI 48207-4225 | 203a | $22.45 |

**Total: $122.31**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765

Dated: 05/27/2011

E-mail: ecftrustee@gktrustee.com
[P47413]